Williams v Hoganwillig, PLLC (2024 NY Slip Op 06500)

Williams v Hoganwillig, PLLC

2024 NY Slip Op 06500

Decided on December 20, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 20, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., CURRAN, GREENWOOD, NOWAK, AND KEANE, JJ.

933 CA 24-00697

[*1]JEROME PAUL WILLIAMS, PLAINTIFF-APPELLANT,
v
HOGANWILLIG, PLLC, COREY J. HOGAN, ESQ., STEVEN G. WISEMAN, ESQ., STEVEN M. COHEN, ESQ., DEFENDANTS-RESPONDENTS, ET AL., DEFENDANTS. 

LAW OFFICES OF JOHN P. BARTOLOMEI & ASSOCIATES, NIAGARA FALLS (MATTHEW J. BIRD OF COUNSEL), FOR PLAINTIFF-APPELLANT.
TIVERON LAW PLLC, AMHERST (EDWARD P. YANKELUNAS OF COUNSEL), FOR DEFENDANTS-RESPONDENTS.

 Appeal from an amended order of the Supreme Court, Niagara County (Edward Pace, J.), entered October 19, 2023. The amended order, insofar as appealed from, granted those parts of the motion of defendants HoganWillig, PLLC, Corey J. Hogan, Esq., Steven G. Wiseman, Esq., and Steven M. Cohen, Esq. for summary judgment seeking to dismiss plaintiff's first through third causes of action and claims for punitive damage and attorney's fees, and for summary judgment on their second counterclaim and denied that part of the cross-motion of plaintiff seeking summary judgment. 
It is hereby ORDERED that the amended order so appealed from is unanimously affirmed without costs.
Entered: December 20, 2024
Ann Dillon Flynn
Clerk of the Court